UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOHN MILES GATHRIGHT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 19-07961** |
| **ANDREW SAUL, COMMISSIONER SOCIAL SECURITY ADMINISTRATION** | **SECTION: T(4)** |

## ORDER

Pursuant to 42 U.S.C. § 405(g) of the Social Security Act (the "Act"), John Miles Gathright ("Plaintiff") appeals the final decision of Andrew Saul, the acting Commissioner of the Social Security Administration (the "Commissioner"), denying Plaintiff's claim for closed period of disability and Disability Insurance Benefits under Title II of the Social Security Act, Title 42 U.S.C. § 1382(c). Plaintiff contends the Administrative Law Judge ("ALJ") erred in finding that Plaintiff was not under a disability as defined in the Social Security Act from November 1, 2015 through March 31, 2016.[1] Plaintiff further contends the ALJ failed to follow a proper standard by neglecting to perform a function by function assessment of his residual functional capacity ("RFC").[2] Finally, Plaintiff claims the ALJ neglected relevant evidence, facts, and his arguments that supported his disability, which requires remand.[3]

The Magistrate Judge issued a Report and Recommendation, recommending that the decision of the ALJ denying John Miles Gathright's claim for closed period of disability and Disability Insurance Benefits be **AFFIRMED**. The Magistrate Judge determined that the relevant time period in this case was from November 1, 2015, the alleged onset date, through March 31, 2016, and explained that most of the evidence submitted reflected that Plaintiff's care occurred

---

[1] R. Doc. 12.
[2] R. Doc. 12.
[3] R. Doc. 12.

1

before the alleged onset date. The Magistrate Judge further found that the evidence submitted by the State Agency medical consultant's opinion supported the determination that Plaintiff was not disabled during the closed period. Plaintiff timely-filed objections to the Magistrate Judge's Report and Recommendation,[4] and the Commissioner responded to Plaintiff's objections.[5]

Having carefully considered the administrative record, the applicable law, the Magistrate Judge's Report and Recommendation,[6] the Plaintiff's Objections to Magistrate's Report and Recommendation,[7] the Commissioner's Response to Plaintiff's Objections to the Report and Recommendation of the United States Magistrate Judge,[8] the Court **OVERRULES** Plaintiff's objections, **APPROVES** the Magistrate Judge's Report and Recommendation[9] and **ADOPTS** the Report as the Court's opinion herein.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's objections to the Magistrate Judge's Report and Recommendation are **OVERRULED**, and that the Report and Recommendation is **ADOPTED** as the Court's opinion. **IT IS FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

**New Orleans, Louisiana**, on this 31st day of August, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[4] R. Doc. 28.
[5] R. Doc. 29.
[6] R. Doc. 22.
[7] R. Doc. 28.
[8] R. Doc. 29.
[9] R. Doc. 22.